IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHAWN D. STILL                                                PLAINTIFF

v.                 CIVIL NO. 3:17-cv-3038-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                  DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

Plaintiff, Shawn Still, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). On October 3, 2018, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice. (ECF No. 22). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 5th day of October, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE